IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-031 |
| | ) | |
| DAMIEN BERNARD OSBORNE | ) | |

**O R D E R**

Pursuant to Fed. R. Crim. P. 12.1, the government requests that Defendant Damien Bernard Osborne serve a written notice of his intention to offer an alibi defense. Defendant has filed no response to the government's motion, and therefore, the Court **GRANTS** the motion. (Doc. no. 6-2.) Defendant shall serve upon the government his notice of intent to rely upon an alibi defense, if applicable, within fourteen days of the date of this Order.

SO ORDERED this 15th day of April, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA